# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALON REFINING KROTZ SPRINGS, INC., <br>                *Petitioner*, <br>    v. <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br>                *Respondent*. | Case No. 25-1187 (consolidated with No. 25-1180 et al.) |

## PETITIONER'S NONBINDING STATEMENT OF ISSUES

Alon Refining Krotz Springs, Inc. ("Krotz Springs") seeks review of a final action of the EPA entitled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," issued August 22, 2025 and published in the Federal Register on August 27, 2025 at 90 Fed. Reg. 41,829. Pursuant to this Court's order dated September 18, 2025, Krotz Springs submits the following preliminary and non-binding statement of issues to be raised in this petition:

1. Whether EPA violated the Clean Air Act by concluding that Krotz Springs is not eligible for a small-refinery exemption under 42 U.S.C. § 7545(o)(9) because its average daily production throughput was not below 75,000 barrels per day for two consecutive calendar years, when the statute defines a "small

refinery" as a refinery with output below that threshold in "a" calendar year. 42 U.S.C. § 7545(o)(1)(K).

2. Whether EPA acted arbitrarily, capriciously, or otherwise not in accordance with law in denying Krotz Springs' application for a small refinery exemption on the ground that it did not meet the eligibility criteria in 40 C.F.R. § 80.1441(e)(2).

Dated: October 20, 2025                    Respectfully submitted,

/s/ *Daniel J. Feith*
Daniel J. Feith
Peter C. Whitfield
Peter A. Bruland
Cody M. Akins
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
(202) 736-8000
dfeith@sidley.com

*Counsel for Alon Refining Krotz Springs, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on October 20, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF System, which will send notice to all registered CM/ECF users.

<em>/s/ Daniel J. Feith</em>